### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**DAVID BRADEN,**

     **Petitioner,**

     **v.**

**MARGARET BAGLEY, Warden,**

     **Respondent.**

**Case No.  2:04-cv-842**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Terence Kemp**

### ORDER

Petitioner, a prisoner sentenced to death by the State of Ohio, has pending before this Court a habeas corpus action pursuant to 28 U.S.C. § 2254.  This matter is before the Court to schedule a status conference and to make a part of the record a letter written by Petitioner David Braden.

This Court is in receipt of a letter written by Petitioner David Braden asking to withdraw his habeas corpus petition, abandon his legal challenge to the state court judgment against him, and allow the State of Ohio to execute him.  The Court now makes that letter a part of the record. In order to address this matter with counsel for Petitioner and Respondent, the Court also sets this matter for a status conference.

Accordingly, the Court **SCHEDULES** this matter for a status conference on **Monday, July 30, 2012 at 10:00 a.m.**  The Court further **DIRECTS** the Clerk first to separately **FILE** the attached handwritten letter that Petitioner David Braden addressed and sent to the Undersigned and thereafter to **FILE** the instant order.

     **IT IS SO ORDERED.**

**EDMUND A. SARGUS, JR.**
**United States District Judge**

**Date:** 7-12 -2012