**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**DAVID BRADEN,**

**Petitioner,**

**v.**

**Case No. 2:04-cv-842**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Terence Kemp**

**MARGARET BAGLEY, Warden,**

**Respondent.**

**ORDER STRIKING JULY 12, 2012 LETTER**

Petitioner, a prisoner sentenced to death by the State of Ohio, has pending before this Court a habeas corpus action pursuant to 28 U.S.C. § 2254. This matter is before the Court upon a statement of counsel regarding Petitioner Braden's July 12, 2012 letter to this Court, as well as another letter written by Braden postmarked July 31, 2012.

In his July 12, 2012 letter, Braden asked to withdraw his habeas corpus petition, abandon his legal challenge to the state court judgment against him, and allow the State of Ohio to execute him. In order to address the contents of that letter with counsel for Petitioner and Respondent, the Court scheduled a status conference for Monday, July 30, 2012, at 10:00 a.m. On July 26, 2012, this Court received a statement from Petitioner Braden's counsel indicating that, following their visit to Petitioner on July 24, 2012, Petitioner wished them to advise the Court that he does not wish to abandon his habeas corpus claims, that his letter was the result of his frustration about the treatment that he is receiving on death row, and that he apologizes to the Court for having sent his original letter. As a result of counsel's statement, the Court canceled the conference scheduled for Monday, July 30, 2012, at 10:00 a.m.

In addition to representations made by counsel in their July 26, 2012 statement, the Court is now in possession of a letter handwritten and signed by Braden stating that he no longer wishes to withdraw his appeals. The Court now makes that letter a part of the record in these proceedings. The Court accepts Braden's most recent letter, postmarked July 31, 2012, recognizes that Braden wishes to withdraw his previous letter suggesting he wished to abandon

his habeas corpus claims, and will strike his letter of July 12, 2012. (The Court will not remove the July 12, 2012 letter from the docket, however, in the interests of maintaining an accurate record.)

For the foregoing reasons, the Court **DIRECTS** the Clerk to file the attached letter, postmarked July 31, 2012. The Court further recognizes that Braden no longer wishes to abandon his habeas corpus claims and **HEREBY STRIKES** Braden's July 12, 2012 letter. The Court **DIRECTS** the Clerk to maintain the July 12, 2012 letter on the docket so as to maintain an accurate record.

**IT IS SO ORDERED.**

**EDMUND A. SARGUS, JR.**
**United States District Judge**

**Date:** 8-6-2012

TO; The Honarable Judge Edmund Sergus

I spoke with my attorneys Steve Brown and Kathryn Sandford concerning my conditions and the state of mind it or they drove me to and they have addressed my problems and they are systematically going away and I am feeling much better now thanks to your and theirs concern for me and I will Be eternally gratefull for your mercifull Charity and kindness however I am still experiencing some opposition to the betterment of my conditions, but I am sure this will go away because you are the power's that be and I realize Rome was not built in a day and if things continue and stay on this track then I no longer wish to withdraw my appeals of the death penalty that has been imposed upon me. Thank you for your consideration of this matter and if there is anything else I can do for you please let me know.

Respectfully and Gratefully David Braden


David Braden
#380-366
Chillicothe Correctional Institution
P. O. Box 5500
Chillicothe, OH 45601
NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES
BUSINESS REPLY MAIL
FIRST-CLASS MAIL PERMIT NO. 506 COLUMBUS OH
POSTAGE WILL BE PAID BY ADDRESSEE
OFFICE OF THE OHIO PUBLIC DEFENDER
250 E BROAD ST STE 1400
COLUMBUS OH 43215-9308
PAID BUS. REPLY POSTAGE DUE CITYGATE COLS. OH 43218-9710
JUL 31 2012
To; the attn- of Kathryn Sandberg please.